EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 22

at ____ o'clock and ____ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00513 DAE |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 922(g)(1); |
| | ) | 18 U.S.C. § 922(g)(9) |
| RONNIE D. COLEMAN, | ) | 18 U.S.C. § 924(a)(2); |
| | ) | 26 U.S.C. § 5861(d) and 26 |
| Defendant. | ) | U.S.C. § 5871] |

INDICTMENT

COUNT 1

[26 U.S.C. § 5861(d); 26 U.S.C. § 5871]

The Grand Jury charges:

On or about October 8, 2003, in the District of Hawaii, defendant, RONNIE D. COLEMAN, did knowingly possess a firearm, as defined in 26 U.S.C. §§ 5845(a) and (f), to wit, a zip-gun,

consisting of a 5.5 inch metallic cylindrical tube, a lever and a spring action trigger, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT 2

[18 U.S.C. § 922(g)(1); 18 U.S.C. § 924(a)(2)]

The Grand Jury further charges:

On or about October 8, 2003, in the District of Hawaii, defendant, RONNIE D. COLEMAN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit, a .45 caliber bullet.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

[18 U.S.C. § 922(g)(9); 18 U.S.C. § 924(a)(2)]

The Grand Jury further charges:

On or about October 8, 2003, in the District of Hawaii, defendant, RONNIE D. COLEMAN, having been convicted in any court of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce, ammunition, to wit, a .45 caliber bullet.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: October 22, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. Ronnie D. Coleman
Cr. No. _____
"Indictment"

3